

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 8, 2022

<u>VIA ECF</u>
Hon. P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Application GRANTED.  Conference adjourned to October 14, 2022 at 11:30 a.m.
SO ORDERED.
7/8/2022

_____
P. Kevin Castel
United States District Judge

Re:  *Tongmin Wang v. Cioppa, et al.*, No. 22 Civ. 3792 (PKC)

Dear Judge Castel:

      This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate three Refugee/Asylee Relative Petitions (Forms I-730).  On behalf of the government, I write respectfully to request a sixty-day extension of the time to respond to the complaint (*i.e.*, from July 13, 2022, to September 12, 2022).[1]  In addition, I respectfully request that the initial pretrial conference presently scheduled for July 29, 2022, be rescheduled for a date during the week of September 26, 2022, or thereafter (with a corresponding extension of time for the preconference submission).

      I respectfully request this extension because USCIS is in the process of evaluating the Forms I-730 and needs additional time to consider next steps, which may include a Request for Evidence, Notice of Intent to Deny, or other adjudicatory action.  This is the government's first request for an extension of the deadline to respond to the complaint and an adjournment of the pretrial conference.  Plaintiff consents to these requests.

---

[1] Given that a sixty-day extension falls on Sunday, September 11, 2022, the deadline would be extended to Monday, September 12, 2022.  *See* Fed. R. Civ. P. 6(a)(1).

I thank the Court for its consideration of this letter.

> Respectfully submitted,
>
> DAMIAN WILLIAMS
> United States Attorney
>
> By:  s/ *Jacqueline Roman*
> JACQUELINE ROMAN
> Special Assistant United States Attorney
> 86 Chambers Street, 3rd Floor
> New York, New York 10007
> Telephone: (347) 714-3363
> E-mail: jacqueline.roman@usdoj.gov
> *Attorney for Defendants*

cc: Counsel of record (via ECF)